THE HONORABLE BARBARA J. ROTHSTEIN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| RICHARD HALPERN on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>T-MOBILE USA, INC.,<br><br>    Defendant. | No. 2:21-cv-01226-BJR<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO ANSWER COMPLAINT** |

STIPULATION AND ORDER TO EXTEND
TIME TO ANSWER COMPLAINT (No. 2:21-
cv-01226-BJR) - 1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

154047593.1 Case 4:21-cv-00901-BCW　　Document 14　　Filed 09/28/21　　Page 1 of 5

Pursuant to Western District of Washington Local Rules 7(d)(1) and 10(g), Plaintiff Richard Halpern, and Defendant T-Mobile USA, Inc., ("the Parties"), stipulate that T-Mobile's deadline to answer or otherwise respond to the Complaint in the above-captioned action is extended for a total of 60 days, through December 6, 2021.[1]

Good cause exists for this extension, as there is a pending motion before the Judicial Panel on Multidistrict Litigation ("JPML") regarding transfer and coordination or consolidation of related cases for pretrial proceedings under 28 U.S.C. § 1407. *See In re T-Mobile Customer Data Sec. Breach Litig.*, MDL Docket No. 3019 (J.P.M.L. filed Aug. 23, 2021) (ECF No. 1). The plaintiffs in a related case, *Daruwalla v. T-Mobile USA, Inc.*, No. 2:21-cv-1118 (W.D. Wash. filed Aug. 19, 2021), filed the transfer motion and identified this case, and numerous others, as related cases that should be transferred. *In re T-Mobile.*, MDL Docket No. 3019 (ECF Nos. 1, 2, 8-1, 11, 20, 48, 62). The additional 60 days will conserve judicial resources by allowing T-Mobile to assess the pending JPML motion and continue discussions with Plaintiff's counsel here and counsel in the related cases before responding to Plaintiff's Complaint.

Dated: September 27, 2021

By: /s/ *Steve Y. Koh*
Steve Y. Koh, WSBA No. 23284
Kathleen M. O'Sullivan, WSBA No. 27850
Lauren J. Tsuji, WSBA No. 55839
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
E-mail: SKoh@perkinscoie.com

---

[1] Sixty days from T-Mobile's current response deadline is Saturday, December 4, 2021. *See* ECF No. 5 (service of process dated September 14, 2021); Fed. R. Civ. P. 12(a). So T-Mobile's new deadline would "run until the end of the next day that is not a Saturday, Sunday, or legal holiday." Fed. R. Civ. P. 6(a)(1)(C).

STIPULATION AND ORDER TO EXTEND TIME TO ANSWER COMPLAINT (No. 2:21-cv-01226-BJR) - 2

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

154047593.1

Case 4:21-cv-00901-BCW    Document 14    Filed 09/28/21    Page 2 of 5

KOSullivan@perkinscoie.com
LTsuji@perkinscoie.com

Kristine McAlister Brown
(*pro hac vice* forthcoming)
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, GA 30309
Telephone: (404) 881-7000
Facsimile: (404) 881-7777
E-Mail: kristy.brown@alston.com

*Attorneys for Defendant T-Mobile USA, Inc.*

By: /s/ *Anne-Marie E. Sargent*
Stephen P. Connor, WSBA No. 14305)
Anne-Marie E. Sargent, WSBA No. 27160
Derik Campos, WSBA No. 47374
**CONNOR & SARGENT PLLC**
921 Hildebrand Lane NE, Suite 240
Telephone: (206) 654-5050
E-Mail: steve@cslawfirm.net
       aes@cslawfirm.net
       derik@cslawfirm.net

Gary F. Lynch
(*pro hac vice* forthcoming)
Nicholas A. Colella
(*pro hac vice* forthcoming)
**CARLSON LYNCH, LLP**
1133 Penn Avenue, 5th Floor
Telephone: (412) 322-9243
Facsimile: (412) 231-0246
E-Mail: glynch@carlsonlynch.com
       ncolella@carlsonlynch.com

Joseph P. Guglielmo
(*pro hac vice* forthcoming)
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: (212) 223-6444
Facsimile: (212) 223-6334
E-Mail: jguglielmo@scott-scott.com

STIPULATION AND ORDER TO EXTEND TIME TO ANSWER COMPLAINT (No. 2:21-cv-01226-BJR) - 3

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

Mary Beth V. Gibson
(*pro hac vice* forthcoming)
**THE FINLEY FIRM, P.C.**
3535 Piedmont Road
Building 14, Suite 230
Atlanta, GA 30305
Telephone: (404) 320-9979
Facsimile: (404) 320-9978
E-Mail: mgibson@thefinleyfirm.com

Arthur M. Murray
(*pro hac vice* forthcoming)
**MURRAY LAW FIRM**
701 Poydras Street
New Orleans, LA 70139
Telephone: (504) 525-8100
E-Mail: amurray@murray-lawfirm.com

Brian C. Gudmundson
(*pro hac vice* forthcoming)
Michael J. Laird
(*pro hac vice* forthcoming)
Rachel K. Tack
(*pro hac vice* forthcoming)
**ZIMMERMAN REED LLP**
1100 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 341-0400
Facsimile: (612) 341-0844
E-Mail: brian.gudmundson@zimmreed.com

*Attorneys for Plaintiff Richard Halpern*

STIPULATION AND ORDER TO EXTEND TIME TO ANSWER COMPLAINT (No. 2:21-cv-01226-BJR) - 4

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

154047593.1

Case 4:21-cv-00901-BCW    Document 14    Filed 09/28/21    Page 4 of 5

**ORDER**

IT IS SO ORDERED.

Dated this 28th day of September 2021.

s/Barbara J. Rothstein

Barbara J. Rothstein
U.S. District Court Judge

Presented by:

/s/ *Steve Y. Koh*
Steve Y. Koh, WSBA No. 23284
Kathleen M. O'Sullivan, WSBA No. 27850
Lauren J. Tsuji, WSBA No. 55839
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
E-mail: SKoh@perkinscoie.com
KOSullivan@perkinscoie.com
LTsuji@perkinscoie.com

Kristine McAlister Brown (*pro hac vice* forthcoming)
**ALSTON& BIRD LLP**
1201 West Peachtree Street
Atlanta, GA 30309
Telephone: (404) 881-7000
Facsimile: (404) 881-7777
E-Mail: kristy.brown@alston.com

*Attorneys for Defendant T-Mobile USA, Inc.*

STIPULATION AND ORDER TO EXTEND TIME TO ANSWER COMPLAINT (No. 2:21-cv-01226-BJR) - 5

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

154047593.1

Case 4:21-cv-00901-BCW   Document 14   Filed 09/28/21   Page 5 of 5